THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAVID RIVERA, Respondent.

Submitted December 30, 2013; decided January 9, 2014

Motion by New York State Psychiatric Association, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN SPEARS, Appellant.

Submitted December 9, 2013; decided January 9, 2014

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANSELMO SOTO, JR., Appellant, v PAUL M. GONYEA, Respondent.

Submitted November 18, 2013; decided January 9, 2014

Motion for reargument denied [see 22 NY3d 895 (2013)].